MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller, State Bar No. 154842
ndiller@morganlewis.com
Roberta H. Vespremi, State Bar No. 225067
rvespremi@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendants
GENENTECH-ROCHE PHARMA TRANSITIONAL
BENEFITS PLAN (erroneously sued as Genentech-
Roche Transitional Benefit Plan); GENENTECH,
INC.; and PLAN ADMINISTRATOR OF THE
GENENTECH-ROCHE PHARMA TRANSITIONAL
BENEFITS PLAN (erroneously sued as Genentech
Plan Administrator and Genentech Plan Fiduciary)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEL AGUILA,<br><br>                Plaintiff,<br><br>        vs.<br><br>GENENTECH-ROCHE TRANSITIONAL BENEFIT PLAN, an unknown entity; GENENTECH, INC.; GENENTECH PLAN ADMINISTRATOR; GENENTECH PLAN FIDUCIARY; and DOES 1-50,<br><br>                Defendants. | Case No. 3:14-cv-04265-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 9, 2015 CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rules 6-1, 6-2] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE CONTINUING CMC
3:14-CV-04265

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Michael del Aguila and Defendants Genentech-Roche Pharma Transitional Benefits Plan (erroneously sued as Genentech-Roche Transitional Benefit Plan); Genentech, Inc.; and Plan Administrator of the Genentech-Roche Pharma Transitional Benefits Plan (erroneously sued as Genentech Plan Administrator and Genentech Plan Fiduciary) (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the Case Management Conference currently scheduled for January 9, 2015 to January 30, 2015.

WHEREAS, in an Order dated November 13, 2014, the Court set a Case Management Conference for January 9, 2015 (Dkt. No. 15);

WHEREAS, the Court granted Defendants' Motion to Dismiss on December 9, 2014 and ordered Plaintiff to file an amended complaint no later than January 9, 2015 (Dkt. No. 20);

WHEREAS, Defendants believe that the Case Management Conference will be more productive if it is held after Defendants have an opportunity to review Plaintiff's First Amended Complaint and confer with Plaintiff accordingly;

WHEREAS, Plaintiff agrees to continue the Case Management Conference to January 30, 2015;

WHEREAS, no prior continuance has been requested in this case;

WHEREAS, continuing the January 9, 2015 Case Management Conference to January 30, 2015 will not affect the schedule for the remaining case or prejudice the Parties.

///
///
///
///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION RE CONTINUING CMC
3:14-CV-04265

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the Case Management Conference currently scheduled for January 9, 2015 be continued to January 30, 2015.

IT IS SO STIPULATED.

Dated: January 7, 2015                    MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Nicole A. Diller*
    Nicole A. Diller
    Attorneys for Defendants

GENENTECH-ROCHE PHARMA TRANSITIONAL BENEFITS PLAN (erroneously sued as Genentech-Roche Transitional Benefit Plan); GENENTECH, INC.; and PLAN ADMINISTRATOR OF THE GENENTECH-ROCHE PHARMA TRANSITIONAL BENEFITS PLAN (erroneously sued as Genentech Plan Administrator and Genentech Plan Fiduciary)

Dated: January 7, 2015                    TOD M. RATFIELD, APC
                                          ISRAEL & SAMUELS LLP


By  */s/ Tod M. Ratfield*
    Tod M. Ratfield
    Attorneys for Plaintiff

MICHAEL DEL AGUILA

**FILER'S ATTESTATION**

I, Nicole A. Diller, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue January 9, 2015 Case Management Conference. In compliance with L.R. 5-1(i)(3), I hereby attest that Tod M. Ratfield concurs in this filing.

Dated: January 7, 2015                    */s/ Nicole A. Diller*
                                          Nicole A. Diller

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Continue January 9, 2015 Case Management Conference and for good cause appearing, the Stipulation is approved. The Court hereby orders as follows:

The Case Management Conference currently scheduled for January 9, 2015 at 10:30 a.m. is continued until January 30, 2015 at 10:30 a.m.

IT IS SO ORDERED.

Dated: __January 7, 2015__            _____
                                                            HON. MAXINE M. CHESNEY
                                                            UNITED STATES DISTRICT JUDGE

DB2/ 25557926.1

3

STIPULATION RE CONTINUING CMC
3:14-CV-04265

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO