MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller, State Bar No. 154842
ndiller@morganlewis.com
Roberta H. Vespremi, State Bar No. 225067
rvespremi@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendants
GENENTECH-ROCHE PHARMA TRANSITIONAL
BENEFITS PLAN (erroneously sued as Genentech-
Roche Transitional Benefit Plan); GENENTECH,
INC.; and PLAN ADMINISTRATOR OF THE
GENENTECH-ROCHE PHARMA TRANSITIONAL
BENEFITS PLAN (erroneously sued as Genentech
Plan Administrator and Genentech Plan Fiduciary)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEL AGUILA,<br><br>            Plaintiff,<br><br>      vs.<br><br>GENENTECH-ROCHE TRANSITIONAL<br>BENEFIT PLAN, an unknown entity;<br>GENENTECH, INC.; GENENTECH PLAN<br>ADMINISTRATOR; GENENTECH PLAN<br>FIDUCIARY; and DOES 1-50,<br><br>            Defendants. | Case No. 3:14-cv-04265-MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE MEDIATION**<br>**COMPLETION DATE**<br><br>[Civil Local Rules 6-1, 6-2] |

STIPULATION RE CONTINUING
MEDIATION COMPLETION DATE
3:14-CV-04265-MMC

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Michael del Aguila and Defendants Genentech-Roche Pharma Transitional Benefits Plan (erroneously sued as Genentech-Roche Transitional Benefit Plan); Genentech, Inc.; and Plan Administrator of the Genentech-Roche Pharma Transitional Benefits Plan (erroneously sued as Genentech Plan Administrator and Genentech Plan Fiduciary) (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the mediation completion date.

WHEREAS, at the Initial Case Management Conference held on January 30, 2015, the Court ordered that the Parties complete court-sponsored mediation within 90 days (April 30, 2015) (Dkt. No. 27);

WHEREAS, on February 26, 2015, the Parties discussed settlement considerations and determined that they need some discovery and resolution of a motion in order to potentially bridge substantially differing views on the merits of the case;

WHEREAS, the Parties agree that an additional 60 days to complete mediation, to June 29, 2015, may benefit the settlement process by allowing such discovery and motion work to inform the Parties' respective views of the case;

WHEREAS, the Parties have requested one continuance in this matter previously to continue the Initial Case Management Conference (Dkt. No. 22), which the Court granted (Dkt. No. 23);

WHEREAS, the Parties do not request an extension of any other date set in this matter, therefore a continuance will not affect the remaining schedule case or prejudice the Parties.

///
///
///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION RE CONTINUING
MEDIATION COMPLETION DATE
3:14-CV-04265-MMC

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the mediation completion date currently set for April 30, 2015 be continued 60 days to June 29, 2015.

IT IS SO STIPULATED.

Dated: March 9, 2015                    MORGAN, LEWIS & BOCKIUS LLP


By */s/ Nicole A. Diller*
   Nicole A. Diller
   Attorneys for Defendants

GENENTECH-ROCHE PHARMA TRANSITIONAL BENEFITS PLAN (erroneously sued as Genentech-Roche Transitional Benefit Plan); GENENTECH, INC.; and PLAN ADMINISTRATOR OF THE GENENTECH-ROCHE PHARMA TRANSITIONAL BENEFITS PLAN (erroneously sued as Genentech Plan Administrator and Genentech Plan Fiduciary)

Dated: March 9, 2015                    TOD M. RATFIELD, APC


By */s/ Tod M. Ratfield*
   Tod M. Ratfield
   Attorneys for Plaintiff

MICHAEL DEL AGUILA


**FILER'S ATTESTATION**

I, Nicole A. Diller, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue the Mediation Completion Date. In compliance with L.R. 5-1(i)(3), I hereby attest that Tod M. Ratfield concurs in this filing.

Dated:  March 9, 2015                    */s/ Nicole A. Diller*
                                          Nicole A. Diller

///

///

///

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION RE CONTINUING
MEDIATION COMPLETION DATE
3:14-CV-04265-MMC

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Continue the Mediation Completion Date and for good cause appearing, the Stipulation is approved. The Court orders as follows:

The mediation completion date currently set for April 30, 2015 is continued 60 days to June 29, 2015.

IT IS SO ORDERED.

Dated: March 10, 2015

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DB2/ 25776120.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION RE CONTINUING
MEDIATION COMPLETION DATE
3:14-CV-04265-MMC