IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEL AGUILA,<br><br>    Plaintiff,<br><br>  v.<br><br>GENENTECH-ROCHE TRANSITIONAL BENEFIT PLAN, an unknown entity; GENENTECH, INC.; GENENTECH PLAN ADMINISTRATOR; GENENTECH PLAN FIDUCIARY; and DOES 1-50,<br><br>    Defendants. | No. C 14-4265 MMC<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: July 1, 2015

MAXINE M. CHESNEY
United States District Judge